OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



UNITED STATES POSTAGE
02 1R
0006557458
MAR 11 2015
$ 00.26⁵
PITNEY BOWES

3/6/2015
LONGORIA, TRAVIS KYNDALL Tr. Ct. No. 17,859-B (1) ED FROM ZIWR-82,956-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

TRAVIS KYNDALL LONGORIA
- TDC # 1880291

**RETURN TO SENDER**
**NOT IN DALLAS COUNTY JAIL**